# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 11, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

      No. 25-60055  Vistra v. FERC
      Consolidated w/25-60149, 25-60329,
      25-60378, 25-60453

  Agency Nos. 189 FERC 61,034
            189 FERC 61,034
            191 FERC 61,188
            189 FERC 61,034
            189 FERC 62,127
            RM22-2-000
            191 FERC 61,188
            189 FERC 61,034

The court has granted the motion to consolidate.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Ms. Jennifer Brough
Ms. Susanna Y. Chu
Mr. Ryan James Collins
Mr. Bruce Grabow
Mr. Blake Grow
Mr. Steven P. Hollman
Mr. Stephen Joseph Hug
Ms. Sarah A Hunger
Mr. Jeffrey Mayes
Mr. James K. Mitchell
Mr. Theodore J. Murphy
Mr. Viet Ngo
Mr. Matthew Noxsel
Mr. Christopher Odell
Ms. Beth Guralnick Pacella
Mr. Stephen Pearson
Ms. Wendy N. Reed

Ms. Debbie-Anne A. Reese
Mr. Benjamin Reiter
Mr. Alan Robbins
Ms. Debra Roby
Mr. Matthew Rudolphi
Mr. Abraham J. Shanedling
Mr. Stephen John Snyder
Mr. Robert Harris Solomon
Mr. James Edward Tysse
Mrs. Cheri Yochelson